UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PARKS And WILLIAM SEYMOUR, On Behalf Of Themselves And All Others Similarly Situated,<br><br>v.<br><br>FAIRFAX FINANCIAL HOLDINGS LTD., et al. | Master File No.<br>06-CV-2820 (GBD) |

## NOTICE OF MOTION IN SUPPORT OF ONTARIO PROVINCIAL COUNCIL OF CARPENTERS PENSION TRUST FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. 7(b), Section 27(a) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, Ontario Provincial Council Of Carpenters Pension Trust Fund ("OPCC"), respectfully moves this Court before the Honorable George B. Daniels, at the United States District Court of the Southern District of New York, 500 Pearl Street, New York, New York, and at a date and time to be determined by the Court, for appointment as Lead Plaintiff for the Class, and for approval of the OPCC's selection of the law firms of Grant & Eisenhofer P.A. and Labaton Sucharow LLP as Co-Lead Counsel for the Class, and for such other and further relief as is just and proper.

This Motion is supported by the following documents submitted herewith:

(1) Memorandum Of Law In Support Of The Ontario Provincial Council Of Carpenters Pension Trust Fund's Motion For Appointment As Lead Plaintiff And Approval Of Its Selection Of Counsel, dated January 4, 2010; and

(2)  Declaration of Geoffrey C. Jarvis In Support Of The Ontario Provincial Council Of Carpenters Pension Trust Fund's Motion For Appointment As Lead Plaintiff And Approval Of Its Selection Of Counsel, dated January 4, 2010, and the accompanying exhibits.

Dated: January 4, 2010

/s/Geoffrey C. Jarvis
Jay W. Eisenhofer
Geoffrey C. Jarvis
Charles T. Caliendo
**GRANT & EISENHOFER P.A.**
485 Lexington Ave., 29th Floor
New York, New York 10017
Tel:  (646) 722-8500
Fax:  (646) 722-8501
jeisenhofer@gelaw.com

Christopher J. Keller
Eric J. Belfi
Stephanie J. Sundel
**LABATON SUCHAROW LLP**
140 Broadway, 34th Floor
New York, New York 10005
Tel:  (212) 907-0853
Fax:  (212) 883-7077
ckeller@labaton.com

*Counsel for Ontario Provincial Council of Carpenters Pension Trust Fund and Proposed Co-Lead Counsel for the Class*