Y FILED
3/30/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

KENNETH PARKS, et al.,
Plaintiffs,

-against-

FAIRFAX FINANCIAL HOLDING LIMITED, et al.,
Defendants.

---------------------------------------------------------X

06 **CIVIL** 2820 (GBD)

# JUDGMENT

All defendants, in several separate motions, having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on March 29, 2010, having rendered its Memorandum Decision and Order granting defendants' motion to dismiss pursuant to Rule 12(b)(1), and dismissing the case in its entirety for lack of subject matter jurisdiction as to all defendants, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 29, 2010, defendants' motion to dismiss pursuant to Rule 12(b)(1) is granted, and the case is dismissed in its entirety for lack of subject matter jurisdiction as to all defendants.

**Dated:** New York, New York
March 30, 2010

**J. MICHAEL McMAHON**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ___________