**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH PARKS and WILLIAM SEYMOUR, On Behalf Of Themselves And All Others Similarly Situated, | Master File No. 06-CV-2820 (GBD) |
| Plaintiffs, | ECF Case |
| v. | |
| FAIRFAX FINANCIAL HOLDINGS LTD., *et al.* | |
| Defendants. | |

**NOTICE OF MOTION TO ALTER OR AMEND THE JUDGMENT**
**DATED MARCH 30, 2010 DISMISSING THE ENTIRE CASE**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

| | | |
|---|---|---|
| Jay W. Eisenhofer | Christopher J. Keller | Samuel H. Rudman |
| Geoffrey C. Jarvis | Eric J. Belfi | David A. Rosenfeld |
| Charles T. Caliendo | Javier Bleichmar | Mario Alba, Jr. |
| **GRANT** & **EISENHOFER P.A.** | Stefanie J. Sundel | **ROBBINS GELLER** |
| 485 Lexington Ave., 29th Floor | **LABATON SUCHAROW LLP** | **RUDMAN & DOWD LLP** |
| New York, New York 10017 | 140 Broadway, 34th Floor | 58 South Service Road, Ste. 200 |
| Tel: (646) 722-8500 | New York, New York 10005 | Melville, New York 11747 |
| Fax: (646) 722-8501 | Tel: (212) 907-0853 | Tel: (631) 367-7100 |
| | Fax: (212) 883-7077 | Fax: (631) 367-1173 |
| **Lead Counsel and Proposed New Co-Lead Counsel for the Class** | **Proposed New Co-Lead Counsel for the Class** | **Proposed New Co-Lead Counsel for the Class** |

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. 59(e), CI Funds, the withdrawn Lead Plaintiff in this action,[1] together with the proposed Lead Plaintiffs, Ontario Provincial Council of Carpenters Pension Trust Fund and Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund, respectfully move this Court before the Honorable George B. Daniels, at the United States District Court of the Southern District of New York, 500 Pearl Street, New York, New York, and at a date and time to be determined by the Court, to alter or amend the judgment dated March 30, 2010 dismissing the entire case for lack of subject matter jurisdiction, based on the Court's Memorandum Decision and Order dated March 29, 2010.

This Motion is supported by the following documents submitted herewith:

(a)    Memorandum Of Law In Support Of Plaintiffs' Motion To Alter Or Amend The Judgment Dated March 30, 2010 Dismissing The Entire Case For Lack Of Subject Matter Jurisdiction; and

(b)    a Proposed Order.

DATED:  April 27, 2010

GRANT & EISENHOFER P.A.

s/ Geoffrey C. Jarvis
Jay W. Eisenhofer
Geoffrey C. Jarvis
Charles T. Caliendo
485 Lexington Ave., 29th Floor
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Lead Counsel and Proposed New Co-Lead Counsel for the Class*

---

[1]    The former lead plaintiffs, referred to herein as "CI Funds," are:  CI Canadian Small/Mid Cap Fund; CI Canadian Asset Allocation Fund; CI Canadian Investment Fund; CI Canadian Investment Corporate Class; Synergy Canadian Style Management Corporate Class; Synergy Tactical Asset Allocation Fund; Skylon High Yield Trust; High Yield & Mortgage Plus Fund; DDJ High Yield Fund; and DDJ U.S. High Yield Trust.

LABATON SUCHAROW LLP
Christopher J. Keller
Eric J. Belfi
Javier Bleichmar
Stefanie J. Sundel
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Proposed New Co-Lead Counsel for the Class*

ROBBINS GELLER RUDMAN & DOWD LLP
Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173

*Proposed New Co-Lead Counsel for the Class*