USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 9 JUL 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
:
Kenneth Parks, *on behalf of himself and all others similarly situates*, William Seymour, *on behalf of himself and all other similarly situated*, CI Funds Group,
:
                      Plaintiffs,       :      DECISION AND ORDER

Gail Chellel and Richard S. Jaffe,      :      06 CV 2820 (GBD)

               Consolidated Plaintiffs,  :

Fairfax Financial Holdings Limited, et al,  :

                     Defendants.     :

:

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

     Non-party Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund's motion to intervene is denied.

Dated: New York, New York
       July 29, 2010

                                             SO ORDERED:

                                             *George B. Daniels*
                                             GEORGE B. DANIELS
                                             United States District Judge
                                 HON. GEORGE B. DANIELS